IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUMMER SANCHEZ, an individual,<br><br>            Plaintiff,<br><br>     v.<br><br>CORRECTIONS CORPORATION OF AMERICA, a Maryland Corporation; and DOES 1 through 100, inclusive,<br><br>            Defendants. | CV F 06-0152 AWI DLB<br><br>ORDER VACATING OCTOBER 10, 2006 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

    Defendants' motion for summary judgment has been set for hearing in this case on October 10, 2006.  The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 10, 2006, is VACATED, and the parties shall not appear at that time.  As of October 10, 2006, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:     October 5, 2006**              /s/ Anthony W. Ishii
0m8i78                                          UNITED STATES DISTRICT JUDGE