IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUMMER SANCHEZ, an individual,       ) | CV F 06-0152 AWI DLB |
| )   | |
| Plaintiff,       ) | ORDER VACATING NOVEMBER |
| )   | 17, 2006 PRETRIAL CONFERENCE |
| v.       ) | |
| )   | ORDER SETTING PRETRIAL |
| CORRECTIONS CORPORATION OF       ) | CONFERENCE FOR DECEMBER 8, |
| AMERICA, a Maryland Corporation;       ) | 2006 AT 8:30 A.M. |
| and DOES 1 through 100, inclusive,       ) | |
| )   | |
| Defendants.       ) | |
| _____)   | |

This action is set for a pretrial conference to be held on November 17, 2006 at 8:30 a.m. Defendants' motion for summary judgment is currently under submission, and a decision will be issued shortly.   In the interests of judicial efficiency, the court will postpone the pretrial conference until after the court has ruled on the pending motion for summary judgment.

Therefore, IT IS HEREBY ORDERED that the previously set date for the pretrial conference of November 17, 2006, is VACATED, and the parties shall not appear at that time. The pretrial conference is HEREBY SET for December 8, 2006 at 8:30 a.m.

IT IS SO ORDERED.

**Dated:   November 15, 2006**            /s/ Anthony W. Ishii
0m8i78                                      UNITED STATES DISTRICT JUDGE