IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUMMER SANCHEZ, an individual, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CORRECTIONS CORPORATION OF )<br>AMERICA, a Maryland Corporation; )<br>and DOES 1 through 100, inclusive, )<br>)<br>Defendants. )<br>_____ ) | CV F 06-0152 AWI DLB<br><br>ORDER VACATING<br>FEBRUARY 12, 2007<br>HEARING DATE |

    Defendant has noticed for hearing and decision a motion for reconsideration of the court's order denying Defendant's motion for summary judgment. The matter was scheduled for hearing to be held on February 12, 2007. Pursuant to the court's January 4, 2007 order, Plaintiff was required to file either an opposition or a notice of non-opposition no later than January 29, 2007.[1]

    Plaintiff has not filed an opposition or a notice of non-opposition. The court's docketing system reveals that Plaintiff has not electronically filed an opposition through the court's electronic filing system. However, it appears Plaintiff did E-mail a copy of her opposition to

---

[1] Pursuant to Local Rule 78-230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than January 26, 2007. However, the court's order gave Plaintiff additional time in which to file her opposition.

Defendant, and Plaintiff may have also E-mailed a copy to the undersigned's Courtroom Deputy. These E-mailings do not constitute filing.   Local Rule 5-133 reads as follows:

> (a) Electronic Filing. The Eastern District of California is an electronic case management/filing district (CM/ECF). Unless excused by the Court or by the electronic filing procedures set forth in these Rules, attorneys shall file all documents electronically pursuant to those Rules. All complaints, and subsequent motions, pleadings, briefs, exhibits, and all other documents in a case shall be electronically filed except as otherwise provided by these Rules. . . .

Local Rule 5-134(a) specifically states that "E-mailing a document to the Clerk's Office or to the Court (as opposed to Internet electronic filing) shall not constitute "filing" of the document. . . ."

At this time, the court does not have before it a properly filed opposition.   In addition, because the court's E-mail system was not designed to receive briefs that should have been properly filed electronically, the court is unable to procure even a courtesy copy of Plaintiff's opposition.

Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, she is in violation of the Local Rules.  See 78-230(c).  Plaintiff is not entitled to be heard at oral argument in opposition to the motion.  See 78-230(c).   In addition, the court has reviewed Defendant's motion and the applicable law, and has determined that the motion is suitable for decision without oral argument.  See  Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 12, 2007  is VACATED, and no party shall appear at that time.  As of February 12, 2007,  the court will take the matter under submission, and will thereafter issue its decision.   If Plaintiff desires the court to consider any opposition, Plaintiff must electronically file it *prior* to February 12, 2007.

IT IS SO ORDERED.

**Dated:    February 6, 2007**                        /s/ Anthony W. Ishii
0m8i78                                                          UNITED STATES DISTRICT JUDGE

2